No. 90–920. ANDERSON v. STATE BAR OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–922. SCHOLBERG ET AL. v. LIFCHEZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–932. SCHREIER ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–945. WHITE ET AL. v. GENERAL MOTORS CORP., INC. (two cases). C. A. 10th Cir. Certiorari denied.

No. 90–951. UPTON COUNTY, TEXAS v. TURNER, AKA HIND. C. A. 5th Cir. Certiorari denied.

No. 90–1013. STEM v. AHEARN ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5728. EHRLICH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5729. GREEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–5740. ANTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5756. NAM PING HON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5758. QUINONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5766. CLARK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5781. RICHARDSON v. HENRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5801. HENNING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5803. PEREZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.